COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Emile Richard
Avoyelles Parish Jail
675 Government Street
Marksville LA 71351

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 25 2020

**REHEARING ACTION: November 25 2020**

**Docket Number: 19   00910-KA**

**STATE OF LOUISIANA
VERSUS
EMILE RICHARD
-AKA- EMILE JOSEPH RICHARD**

**Appealed from Evangeline Parish Case No. 109456-F**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
    Hon. D. Kent Savoie
    Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Emile Richard** has this day been

    **DENIED.**

cc: Hon. Trent Brignac, Counsel for the Appellee
    Julhelene E. Jackson, Counsel for the Appellee